UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Feng Zhao,

        Plaintiff,

        V.                                                20-cv-2163 (LAK)

Chad Wolf, in his official capacity as
Acting Secretary of the US. Department
o Homeland Security, et al.,

        Defendants.
-------------------------------------------------X

## ORDER TO SHOW CAUSE

LEWIS A. KAPLAN, District Judge.

        Plaintiffs counsel is directed to obtain a certificate of default and file a motion for default judgment no later than January 6, 2021, failure of which will result in the case being dismissed for lack of prosecution.

        SO ORDERED.

Dated:       December 14, 2020

                                                                        _____
                                                                  UNITED STATES DISTRICT JUDGE